

James E. Peacock
Tel 214.665.3785
Fax 214.665.3601
James.Peacock@gtlaw.com

December 17, 2024

<u>**V**IA **ECF** **F**ILING</u>

Hon. John L. Sinatra, Jr.
United States District Court for the Western District of New York
2 Niagara Square
Buffalo, NY  14202

      Re:    *United States of America* **ex rel.** *Deborah Conrad v. Rochester Regional Health* and *United Memorial Medical Center*, Case No. 1:23-cv-00438-JLS

Judge Sinatra:

    I am writing to request leave to exceed the twenty-five-page limit for the Memorandum of Law which Defendants plan on filing in support of their Motion to Dismiss in the above case.

    The Amended Complaint in this matter is one-hundred and thirty-eight pages long. The Amended Complaint contains approximately forty pages of substantive allegations, twenty-six exhibits and six claims, all of which must be addressed in the Motion to Dismiss.  It is clear to the undersigned that twenty-five pages will be insufficient to address the issues raised by the Amended Complaint.  Defendants therefore request that they be able to file a Memorandum of Law of up to forty (40) pages. Earlier today, my firm conferred with Counsel for Relator, who indicated no opposition to the requested relief.

    Thank you for your attention to this request.

                                                                 Sincerely,

                                                                 James E. Peacock

**Greenberg Traurig, LLP | Attorneys at Law**
2200 Ross Avenue  |  Suite 5200  |  Dallas, Texas 75201  |  T +1 214.665.3600  |  F +1 214.665.3601

www.gtlaw.com